AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington

| | |
|---|---|
| ───── FILED ───── LODGED | |
| ───────── RECEIVED | |
| **Jan 29, 2021** | |
| CLERK U.S. DISTRICT COURT | |
| WESTERN DISTRICT OF WASHINGTON AT TACOMA | |
| BY ─────────────────────── DEPUTY | |

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*      )          Case No.  MJ21-5023
                                                   )
**INFORMATION ASSOCIATED WITH TWO**               )
**FACEBOOK ACCOUNTS**                             )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

located in the _____**Northern**_____ District of _____**California**_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1073 | Unlawful Flight to Avoid Prosecution |

The application is based on these facts:

See Affidavit of FBI Special Agent Terrance G. Postma, attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Terrance G. Postma, Special Agent
*Printed name and title*

Sworn to and submitted by other reliable electronic means pursuant to Rule 41(d)(3).

Date:  ____01/29/2021____

*Judge's signature*

City and state:  Tacoma, Washington          J. Richard Creatura, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

STATE OF WASHINGTON          )

                             )     ss

COUNTY OF PIERCE             )

I, Terrance G. Postma, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1.      I have been employed as a Special Agent of the FBI since June 2002 and am currently assigned to the Seattle Division's Poulsbo Resident Agency.  I am responsible for investigations of violent crime, fugitives, and bank robbery.  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to search the information described in Attachment A for the purpose of locating and apprehending Richard Sanchez who has a federal arrest warrant issued in the Western District of Washington for a charge of Unlawful Flight to Avoid Prosecution, Title 18, United States Code, Sections 1073 (MJ17-5086) arising from his flight from the Western District of Washington to avoid charges of murder, as described below.  There is also probable cause to search the information described in Attachment A for evidence in the fugitive investigation, as described in Attachment B.

## PURPOSE OF AFFIDAVIT

4.      I make this affidavit in support of an application for a search warrant for information associated with the following Facebook account(s) ("Subject Account(s)"):

1          (1)          Facebook account 100050911208694 (Subject Account 1), with an

2 unknown user,

3          (2)          Facebook account 100033595420712 (Subject Account 2), with an

4 unknown user,

5          5.          All of the requested information is stored at premises owned, maintained,

6 controlled, or operated by Facebook, a social networking company headquartered in

7 Menlo Park, California.  The information to be searched is described in the following

8 paragraphs and in Attachment A.  This affidavit is made in support of an application for a

9 search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require

10 Facebook to disclose to the government records and other information in its possession,

11 pertaining to the subscriber or customer associated with Subject Account.

12                              **PRIOR APPLICATIONS**

13          6.          There are no prior applications for the Subject Account.

14                      **SUMMARY OF PROBABLE CAUSE**

15          7.          In 2010, Richard Sanchez fled from Tacoma to Mexico after the murder

16 of Camille Love and Jose Lucas.  Richard Sanchez has outstanding warrants for the

17 respective murders, and this Court has charged him for violation of Unlawful Flight to

18 Avoid Prosecution, Title 18, United States Code, Sections 1073 on May 4, 2017 under

19 Case No. MJ17-5086.

20          8.          As described below, investigation by law enforcement reveals that

21 Richard Sanchez fled to Mexico in 2010.  Review of law enforcement records reveals the

22 names of several individuals that are associated with Richard Sanchez and that these

23 individuals are either members of a Tacoma street gang called Eastside Locos Sureños

24 (ELS) or closely associated to members of the ELS.  Law enforcement is aware that

25 fugitives often maintain communication with family, friends, and associates utilizing

26 social media accounts.  Law enforcement has identified a Mexican phone number in

27 communication with the father of Richard Sanchez.  That phone number is also

28 associated with the girlfriend of Richard Sanchez who has recently posted videos of

AFFIDAVIT OF TERRANCE POSTMA – 2
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 Richard Sanchez, who has communicated with her on a separate Facebook account,

2 Subject Account 1.

3                              STATEMENT OF PROBABLE CAUSE

4                 **A. RICHARD SANCHEZ AND THE LOVE AND LUCAS MURDERS**

5          9.        On February 7, 2010, Tacoma Police responded to the 5900 block of

6 Portland Avenue regarding a shooting.  At the scene, police discovered that Camile Love

7 was the shooting victim.  Love died from the injuries sustained in the shooting.  Based on

8 interviews of witnesses and informants who admitted to participation in the shooting,

9 Tacoma Police concluded that Richard Sanchez is a suspect in Love's murder.

10         10.       On March 25, 2010, a homicide occurred within the city of Tacoma.

11 Police identified the homicide victim as Jose Saul Lucas and identified Richard Sanchez

12 as a suspect in his murder.  Based on interviews of two witnesses, Tacoma Police

13 concluded that members of the East Side Locos Surenos (ELS) gang, including Richard

14 Sanchez, went to the residence of a rival gang member, Reynaldo Orozco, to collect

15 money.  When they could not find the rival gang member, they broke into and damaged

16 Orozco's car, which was parked at the residence.  When three individuals, who lived with

17 Orozco, realized that the ELS gang members were vandalizing Orozco's vehicle, they

18 confronted the gang members and a fight ensued.  While the ELS gang members were

19 attempting to flee the scene one of them fired a single gunshot that struck and killed Jose

20 Saul Lucas.  Based on interviews of witnesses and informants who admitted to

21 participation in the shooting, Tacoma Police concluded that Richard Sanchez is a suspect

22 in Saul Lucas's murder.

23         11.       Detectives with the Tacoma Police Department (TPD) were assigned the

24 criminal cases.  As a result of their investigations, they obtained arrest warrants for

25 Richard Sanchez for his involvement in each of the previously described homicides.

26         12.       Ashley Rios stated in an interview with TPD detectives that after the Saul

27 Lucas homicide, she drove Richard Sanchez and Andres Mendez to a Greyhound bus

28 station in Medford, Oregon.

1      13.     On April 1, 2010, Alenna Johnson, sister of Andres Mendez, who at the

2   time was living in St. George, Utah, stated in an interview with TPD detectives that she

3   picked up Andres and a friend named Richard at the St. George, Utah Greyhound bus

4   station and that her husband, Devan Johnson, gave them a ride to Las Vegas dropping

5   them off at a truck stop near Las Vegas.  Alenna Johnson identified Richard as Richard

6   Sanchez based on a photograph of Sanchez included in a Tacoma News Tribune news

7   article about the Saul Lucas homicide.

8      14.     On April 4, 2010, Rex Conkright, uncle of Andres Mendez, who at the

9   time was living in Cuernavaca, Mexico, stated in an interview with TPD detectives that

10  he had received a telephone call from Andres Mendez and that Andres told him that he

11  had arrived in Mexico City.

12     15.     A separate FBI investigation resulted in the arrest of Andres Mendez on

13  September 1, 2020 in San Juan Del Rio, Queretaro, Mexico and he is currently in custody

14  at the Pierce County Jail in Tacoma, Washington.

15     16.     Prior to his booking at the Pierce County Jail, Mendez told Tacoma Police

16  Department detectives that he could assist law enforcement to locate Sanchez.

17     17.     Efforts to date to locate Richard Sanchez to date have been unsuccessful.

18  **B.  SUBJECT ACCOUNTS**

19     18.     **Summary of Subject Accounts**.  Review of telephone records reveals

20  telephone calls between a Mexican telephone number and telephone number used by

21  Valentin Carreno Sanchez, father of Richard Sanchez.  Based on social media posts

22  associated with the Mexican number, it appears the Mexican number is used by Richard

23  Sanchez's girlfriend, Q'Kaarii Oregel.  Q'Kaarii Oregel's Facebook account has posted

24  videos of Richard Sanchez.  Q'Kaarii Oregel appears to be in a romantic relationship

25  with the user of Subject Account 1, who appears to be Richard Sanchez.  Subject

26  Account 2 also appears to belong to Richard Sanchez based on its similar username to

27  Subject Account 1, its references to Richard Sanchez's mother, and its connection to

28  Richard Sanchez's half-siblings.

AFFIDAVIT OF TERRANCE POSTMA – 4
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**Law enforcement has located a Mexican number in communication with Richard Sanchez's father.**

19.     According to Washington Department of Health records, Richard Sanchez is the son of Valentin Carreno Sanchez and Pamela Fay Allen.

20.     Valentin Carreno Sanchez appears to be using the phone number 360-581-0117.  Law enforcement is aware of this because of a Facebook post by Monica Sanchez on April 19, 2019, for Sanchez Roofing and Construction in Aberdeen, Washington.  The post, which includes a photograph of two men and one woman, includes a message that the company "is ready for business with my partners which of course are my unc and pops.  If anyone is interested: Levi: 360-593-1284, Valentin: 360-581-0117."  One of the two men is Valentin Carreno Sanchez, based on comparing the image in the Facebook post with the Washington Department of Licensing photograph for Valentin Carreno Sanchez, father of Richard Sanchez.[1]

21.     Based on review of telephone records received pursuant to a court order issued by the United States District Court for the Eastern District of Virginia, the phone number for Valentin Carreno Sanchez, 360-581-0117, is in communication with a Mexican phone number, +524431684139, and the two numbers have exchanged calls between February 9, 2020 and October 5, 2020.

---

[1]  While the Birth Certificate for Richard Sanchez lists his father as "Valentin Carreno Sanchez," the Department of Licensing record is under Valentin Sanchez Carreno.  Based on my experience, I am aware that law enforcement and others often invert Spanish surnames.  In addition, because names are tied to Aberdeen, Washington, under the same date of birth, based on law enforcement databases, and I therefore believe that they are the same individual.

AFFIDAVIT OF TERRANCE POSTMA – 5
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**The Mexican phone number ending in 4139 is associated with a WhatsApp account and Facebook Account registered to Q'Kaarii Oregel, who has posted recent videos of Richard Sanchez.**

22.     Based on review of information available to any user of Whatsapp, the Mexican phone number ending in 4139 has an active WhatsApp account with a public profile picture of a young woman.  On November 12 and December 3, 2019, the same picture was also posted to Facebook account 100035692250458, registered with the username Q'Kaarii Oregel (hereinafter, "the Q'Kaarii Oregel account").  It therefore appears that the user of the WhatsApp account and the user of the Facebook account ending in 0458 are the same person, Q'Kaarii Oregel.

23.     On November 11 and December 31, 2020, the Q'Kaarii Oregel account posted videos, each of which includes a male who appears to be Richard Sanchez, based on a comparison of the images in the video and the Washington Department of Licensing photograph of Richard Sanchez, taken in 2010.

**Q'Kaarii Oregel appears to be in a romantic relationship with Richard Sanchez, who uses Subject Account 1.**

24.     The Q'Kaarii Oregel account is in communication with another Facebook account, Subject Account 1, registered to "Luis Angel Carreno," with account number 100050911208694.  The two accounts are connected in a number of ways.  First, the publicly available Friend List of Subject Account 1 includes the Q'Kaarii Oregel account.  Second, Subject Account 1's profile picture is Q'Kaarii Oregel.  Third, on June 16, 2020, Subject Account 1 posted a public message to the Q'Kaarii Oregel account, which, translated into English states, "My love of my life is …Q'Kaarii Oregel."  Fourth, Subject Account 1 has posted nine photographs, five of which appear to be Q'Kaarii Oregel.  Four of those photographs were also posted to the Q'Kaarii Oregel account.

25.     It appears that the user of Subject Account 1 is Richard Sanchez based on a number of factors.  First, the username of Subject Account 1, "Luis Angel Carreno," appears to include one of Richard Sanchez's two surnames, Carreno.[2]  Second, the Q'Kaarii Oregel account is evidently in close proximity to Richard Sanchez based on the posted videos of Richard Sanchez.  Third, Subject Account 1 has 183 friends, three of whom appear to be half-siblings of Richard Sanchez.[3] .

26.     Similarly, on November 1, 2020, Subject Account 1 posted a photograph of a baby.  The photograph was liked by Leticia Allen, a half-sibling of Richard Sanchez.[4]  It was also liked by Monica Sanchez, another relative of Richard Sanchez, and the same Facebook user who posted the April 19, 2019, post about Sanchez Roofing And Construction (referenced above).

27.     Subject Account 2 appears to also belong to Richard Sanchez.  First, Subject Account 2 is also friends with the Q'Kaarii Oregel account. Second, the username of Subject Account 2, "Luis Carreno," is similar to the username of Subject Account 1, "Luis Angel Carreno."  Third, Subject Account 2, has 210 friends, two of whom are half-siblings of Richard Sanchez.[5]  Fourth, on March 25, 2020, Subject Account 2 posted a photograph of Pamela Allen, the mother of Richard Sanchez, with a caption that states in translation: "My mother is so cool. Happy Birthday.  Rest in Peace." Law enforcement is aware from state Department of Health records that Pamela Allen is deceased and has a birthday on March 27.

28.     Based on my training and experience I am aware that fugitives often maintain communication with family, friends, and associates utilizing social media

---

[2] As I know from training and experience, in Spanish speaking countries, individuals often have two surnames. Carreno is one of the two surnames of Richard Sanchez's father, Valentin Sanchez Carreno.
[3] Records from Pierce County Superior Court indicate that Pamela Allen, mother of Richard Sanchez, had six children by another man, Miguel Romero-Velasquez.  These children include Leticia Dawn Allen, Isaiah James Romero, Higinio Julio Romero, and Miguel Romero.  Three of the friends of Subject Account 1 are "Leticia Allen," "Isaiah Romero," and "Higinio Romero."
[4] See Footnote 3.
[5] These friends include Miguel Romero, referenced in Footnote 3, and Monica Sanchez, who posted the April 29, 2019 Facebook ad referencing her "pops," as Valentin Sanchez Carreno, the same father as Richard Sanchez.

AFFIDAVIT OF TERRANCE POSTMA – 7
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  accounts.  Based on the above associations there is probable cause to believe that the user

2  of Subject Account 1 is Richard Sanchez or someone in close communication with

3  Richard Sanchez.  Therefore, there is probable cause to believe that the information in

4  Subject Account 1 will include evidence of the location of Richard Sanchez.

5  **C. FACEBOOK INFORMATION STORAGE**

6      29.      I am aware from my experience and training, and consultation with other

7  investigators, of the following information about Facebook:

8      30.      Facebook owns and operates a free-access social networking website of

9  the same name that can be accessed at http://www.facebook.com.  Facebook allows its

10 users to establish accounts with Facebook, and users can then use their accounts to share

11 written news, photographs, videos, and other information with other Facebook users, and

12 sometimes with the public.

13     31.      Facebook asks users to provide basic contact and personal identifying

14 information to Facebook, either during the registration process or thereafter.  This

15 information may include the user's full name, birth date, gender, contact e-mail

16 addresses, Facebook passwords, Facebook security questions and answers (for password

17 retrieval), physical address (including city, state, and zip code), telephone numbers,

18 screen names, websites, and other personal identifiers.  Facebook also assigns a user

19 identification number to each account.

20     32.      I know from speaking with other law enforcement that "cookies" are

21 small files placed by a server (such as those used by Facebook) on a device to track the

22 user and potentially verify a user's authentication status across multiple sites or

23 webpages.  This cookie could be unique to a particular account (e.g., the Facebook

24 account) or to a given device (e.g., the particular phone used to access the Facebook

25 account). The next time a user visits a particular site or server, the server will ask for

26 certain cookies to see if the server has interacted with that user before.  Cookies can also

27 be used to determine "machine cookie overlap," or multiple accounts that have been

28 accessed by the same individual machine (e.g., two Facebook accounts that have been

AFFIDAVIT OF TERRANCE POSTMA – 8
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    accessed on the same phone).  The machine cookie overlap thus allows Facebook to track

2    accounts that are "linked" to each other because the same user account (username on a

3    computer) on the same device accessed multiple Facebook accounts.  This can identify

4    either multiple Facebook accounts used by the same person or used by different people

5    sharing the same user account and device.  In either case, the machine cookie overlap

6    means that the users of the linked accounts are the same person or two people in close

7    proximity to each other.

8          33.     Facebook users may join one or more groups or networks to connect and

9    interact with other users who are members of the same group or network.  Facebook

10   assigns a group identification number to each group.  A Facebook user can also connect

11   directly with individual Facebook users by sending each user a "Friend Request."  If the

12   recipient of a "Friend Request" accepts the request, then the two users will become

13   "Friends" for purposes of Facebook and can exchange communications or view

14   information about each other.  Each Facebook user's account includes a list of that user's

15   "Friends" and a "News Feed," which highlights information about the user's "Friends,"

16   such as profile changes, upcoming events, and birthdays.

17         34.     Facebook users can select different levels of privacy for the

18   communications and information associated with their Facebook accounts.  By adjusting

19   these privacy settings, a Facebook user can make information available only to himself or

20   herself, to particular Facebook users, or to anyone with access to the Internet, including

21   people who are not Facebook users.  A Facebook user can also create "lists" of Facebook

22   friends to facilitate the application of these privacy settings.  Facebook accounts also

23   include other account settings that users can adjust to control, for example, the types of

24   notifications they receive from Facebook.

25         35.     Facebook users can create profiles that include photographs, lists of

26   personal interests, and other information.  Facebook users can also post "status" updates

27   about their whereabouts and actions, as well as links to videos, photographs, articles, and

28   other items available elsewhere on the Internet.  Facebook users can also post information

AFFIDAVIT OF TERRANCE POSTMA – 9
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

36. Facebook allows users to upload photos and videos. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

37. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

38. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

39. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as

AFFIDAVIT OF TERRANCE POSTMA – 10
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

40.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

41.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

42.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

43.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase, and a personalized message can be attached to each gift.  Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

44.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

45.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

46.     Some Facebook pages are affiliated with groups of users, rather than one individual user.  Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept

AFFIDAVIT OF TERRANCE POSTMA – 11
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    requests by users to enter.  Facebook can identify all users who are currently registered to
2    a particular group and can identify the administrator and/or creator of the group.
3    Facebook uses the term "Group Contact Info" to describe the contact information for the
4    group's creator and/or administrator, as well as a PDF of the current status of the group
5    profile page.

6          47.     Facebook uses the term "Neoprint" to describe an expanded view of a
7    given user profile.  The "Neoprint" for a given user can include the following information
8    from the user's profile:  profile contact information; News Feed information; status
9    updates; links to videos, photographs, articles, and other items; Notes; Wall postings;
10   friend lists, including the friends' Facebook user identification numbers; groups and
11   networks of which the user is a member, including the groups' Facebook group
12   identification numbers; future and past event postings; rejected "Friend" requests;
13   comments; gifts; pokes; tags; and information about the user's access and use of
14   Facebook applications.

15         48.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or
16   IP address.  These logs may contain information about the actions taken by the user ID or
17   IP address on Facebook, including information about the type of action, the date and time
18   of the action, and the user ID and IP address associated with the action.  For example, if a
19   user views a Facebook profile, that user's IP log would reflect the fact that the user
20   viewed the profile, and would show when and from what IP address the user did so.

21         49.     Social networking providers like Facebook typically retain additional
22   information about their users' accounts, such as information about the length of service
23   (including start date), the types of service utilized, and the means and source of any
24   payments associated with the service (including any credit card or bank account number).
25   In some cases, Facebook users may communicate directly with Facebook about issues
26   relating to their accounts, such as technical problems, billing inquiries, or complaints
27   from other users.  Social networking providers like Facebook typically retain records
28   about such communications, including records of contacts between the user and the

AFFIDAVIT OF TERRANCE POSTMA – 12
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  provider's support services, as well as records of any actions taken by the provider or

2  user as a result of the communications.

3       50.    Therefore, the computers of Facebook are likely to contain all the material

4  described above, including stored electronic communications and information concerning

5  subscribers and their use of Facebook, such as account access information, transaction

6  information, and other account information.  I believe such information is likely to help

7  me locate the fugitive described in this affidavit.

8              **INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

9       51.    I anticipate executing this warrant under the Electronic Communications

10 Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by

11 using the warrant to require Facebook to disclose to the government copies of the records

12 and other information (including the content of communications) particularly described in

13 Section I of Attachment B.  Upon receipt of the information described in Section I of

14 Attachment B, government-authorized persons will review that information to locate the

15 items described in Section II of Attachment B.

16      52.    As indicated in the Motion for Nondisclosure and Motion to Seal that

17 accompany this affidavit, the government requests, pursuant to the preclusion of notice

18 provisions of Title 18, United States Code, Section 2705(b), that Facebook be ordered not

19 to notify any person (including the subscriber or customer to which the materials relate)

20 of the existence of this warrant for such period as the Court deems appropriate.  The

21 government submits that such an order is justified because notification of the existence of

22 this Order would seriously jeopardize the ongoing investigation.  Such a disclosure would

23 give the subscriber an opportunity to destroy evidence, change patterns of behavior,

24 notify confederates, or flee or continue his flight from prosecution.

25      53.    It is further respectfully requested that this Court issue an order sealing all

26 papers submitted in support of this application, including the application and search

27 warrant until such dates as provided in the proposed Order.  I believe that sealing this

28 document is necessary because the items and information to be seized are relevant to an

AFFIDAVIT OF TERRANCE POSTMA – 13
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  ongoing investigation. Premature disclosure of the contents of this affidavit and related
2  documents may have a significant and negative impact on the continuing investigation
3  and may severely jeopardize its effectiveness.

### CONCLUSION

5      54.      Based on the foregoing, I request that the Court issue the proposed search
6  warrant. This Court has jurisdiction to issue the requested warrants because it is "a court
7  of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. §§ 2703(a),
8  (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . .
9  that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).
10  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not
11  required for the service or execution of these warrants. Accordingly, by this Affidavit
12  and Search Warrant, I seek authority for the government to search all of the items
13  specified in Section I, Attachment B (attached hereto and incorporated by reference
14  herein) to the Warrant, and specifically to seize all of the data, documents and records
15  that are identified in Section II to that same Attachment.

TERRANCE G. POSTMA
Special Agent
Federal Bureau of Investigation

22      The above-named agent provided a sworn statement attesting to the truth of the
23  contents of the foregoing affidavit on this 29th day of January, 2021.

HON. J. RICHARD CREATURA
United States Magistrate Judge

AFFIDAVIT OF TERRANCE POSTMA – 14
USAO #2017R00494

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the following telephone number(s):

  (1)  Facebook account 100050911208694 (Subject Account 1),

  (2)  Facebook account 100033595420712 (Subject Account 2).

This warrant applies to all such information that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

ATTACHMENT A
PROPERTY TO BE SEARCHED
USAO #2017R00494

– 1 –

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

A.  The following information about the customers or subscribers of the Subject Accounts:

(a)     User Neoprint - all user contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers associated with the current profile information, and all wall postings and messages to and from the user.

(b)     All activity logs for the Subject Accounts and all other documents showing the user's posts and other Facebook activities;

(c)     User photoprint and videos - all photos and videos uploaded, "liked", or tagged by the user, along with all photos uploaded by any user which have the user tagged in them, any associated photos or links to photos in their original format, including all original meta-data or "EXIF" information;

(d)     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend

and family lists, including the friend and family Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All other records of communications and messages made or received by the user, including all private messages, chat history, calling history, and pending "Friend" requests;

(f)     All "check ins" and other location information;

(g)     I.P. Logs - all IP logs showing log-in and log-off and intraconnection I.P. activity including I.P. addresses and date/time stamps for account accesses as well as account creation I.P. address, date, and time.  Provide source port information for each I.P. log-in and log-off event for the Subject Accounts;

(h)     All records of the Subject Accounts' usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that each Subject Account is or was a "fan" of;

(j)     User Friends List/Information – provide a full list of all past and present friends for the Subject Accounts, including all messages and postings between accounts and listed friends;

(k)     All records of Facebook searches performed by the Subject Accounts;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)     The types of service utilized by the user;

(n)     The length of service (including start date);

(o)     The means and source of payment for such service (including any credit card or bank account number) and billing records;

ATTACHMENT B
INFORMATION TO BE DISCLOSED                    – 2 –
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    (p)    All privacy settings and other account settings, including privacy settings

2            for individual Facebook posts and activities, and all records showing which

3            Facebook users have been blocked by the Subject Accounts;

4    (q)    All records pertaining to communications between Facebook and any

5            person regarding the user or the user's Facebook account, including

6            contacts with support services and records of actions taken;

7    (r)    Names (including subscriber names, Facebook user IDs, and screen

8            names);

9    (s)    Addresses (including mailing addresses, residential addresses, business

10           addresses, and e-mail addresses);

11    (t)    Local and long distance telephone connection records;

12    (u)    Push Tokens - any unique identifiers that would assist in identifying the

13           device(s) associated with the Subject Accounts, including push notification

14           tokens associated with the Subject Accounts (including Apple Push

15           Notification (APN), Google Cloud Messaging (GCM), Microsoft Push

16           Notification Service (MPNS), Windows Push Notification Service (WNS),

17           Amazon Device Messaging (ADM), and Baidu Cloud Push, phone

18           numbers, IMEI/ESN, serial numbers, instrument numbers), MAC

19           addresses, IP addresses, email addresses, and subscriber information;

20    (v)    Records of session times and durations, and the temporarily assigned

21           network addresses (such as Internet Protocol ("IP" addresses) associated

22           with those sessions along with time, type, machine (including MAC

23           addresses) cookie, city, region, country, device, and browser;

24    (w)    Facial recognition data;

25    (x)    Linked accounts;

26    (y)    Family members associated with the user of each Subject Account;

27    (z)    Work of the user of each Subject Account;

28    (aa)    Telephone or instrument numbers or identities (including MAC addresses);

ATTACHMENT B
INFORMATION TO BE DISCLOSED    – 3 –
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | | |
|---|---|---|
| 1 | (bb) | Other subscriber numbers or identities (including temporarily assigned |
| 2 | | network addresses and registration IP addresses); |
| 3 | (cc) | User Contact Information – all user contact information input by the user |
| 4 | | including name, birthdate, contact email address(es), other related email |
| 5 | | addresses, address, city, state, zip code, all phone numbers, screen name(s), |
| 6 | | and website information, to include basic subscriber information and |
| 7 | | expanded subscriber information; |
| 8 | (dd) | Group Contact Information – a list of the user's currently registered groups; |
| 9 | (ee) | Location Information – all information pertaining to location data for the |
| 10 | | Subject Accounts, including but not limited to current locations, where you |
| 11 | | live, the places you like to go, the businesses and people you're near, geo- |
| 12 | | location data and all other geo-tagging or geo-location related information |
| 13 | | based on precise device locations, IP addresses, and information from the |
| 14 | | Subject account and others' use of Facebook Products such as check-ins or |
| 15 | | events attended; |
| 16 | (ff) | Face recognition data; |
| 17 | (gg) | Device Information – all information pertaining to devices used to upload |
| 18 | | photos, posts, messages, or updates, including but not limited to Apple |
| 19 | | UDID, mobile phone number, mobile device ID numbers, and all other |
| 20 | | information related to the devices; |
| 21 | (hh) | Information from partners (adverstisers, app developers, and publishers) |
| 22 | | including information about the device(s) used, websites vistied, purchases |
| 23 | | made, ads seen, and online and offline actions and purchases from third- |
| 24 | | party data providers; |
| 25 | (ii) | Poke Information – all information pertaining to "pokes" initiated by or |
| 26 | | received by the Subject Accounts; |
| 27 | | |
| 28 | | |

ATTACHMENT B
INFORMATION TO BE DISCLOSED
USAO #2017R00494

– 4 –

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     (jj)     Private Messages – all information pertaining to any and all private

2                  messages to include content, call logs, and location information for the

3                  Subject Accounts;

4     (kk)    Facebook Messenger – all information pertaining to any and all incoming

5                  and outgoing Facebook messenger text strings and conversations for the

6                  Subject Accounts; and

7     (ll)     All other account information including: any "about you" information, ads,

8                  apps and websites, calls and messages, comments, events, following and

9                  followers, friends, groups, likes and reactions, location history,

10               marketplace, messages, other activity, pages, payment history, photos and

11               videos, posts, profile information, saved items, search history, security and

12               login information, and "your places" information.

13

14   B. All records and other information (not including the contents of communications)

15     relating to the Subject Accounts, including:

16     (a)    Records of user activity for each connection activity for each connection

17                  made to or from the Subject Accounts, including log files; messaging logs;

18                  the date, time, length, and method of connections; data transfer volume;

19                  user names; and source and destination of Internet Protocol addresses;

20     (b)    Information about each communication sent or received by the Subject

21                  Accounts, including the date and time of the communication, the method of

22                  the communication (such as source and destination email addresses, IP

23                  addresses, and telephone numbers); and

24     (c)    Records of any Facebook accounts that are linked to the Subject Accounts

25                  by machine cookies (meaning all Facebook user IDs that logged into

26                  Facebook by the same machine or device as each Subject Account).

27

28

ATTACHMENT B
INFORMATION TO BE DISCLOSED     – 5 –
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**II.     Information to be seized by the government**

All information described above in Section I that relates to the ongoing fugitive investigation involving Richard Sanchez, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Any content including e-mails, messages, texts, photographs (including metadata), videos (including metadata), visual images, documents, spreadsheets, address lists, contact lists or communications of any type which could be used to identify the user and or their location.

(b) Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

(c) All subscriber records associated with the Subject Accounts, including name, address, local and long distance telephone connection records, or records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address, and means and source of payment for such service including any credit card or bank account number.

(d) Any and all other log records, including IP address captures, associated with the Subject Accounts;

(e) Any records of communications between Facebook and any person about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users about any of the Subject Accounts. This is to include records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.

ATTACHMENT B
INFORMATION TO BE DISCLOSED                – 6 –
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct.  I am employed by Facebook, and my official title is _____.  I am a custodian of records for Facebook.  I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c.      such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____          _____
Date                                          Signature

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800